UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 16, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REGGIE PAJIMOLA

Defendant.

Case No. 2:18-cr-00010-TLN-04

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release REGGIE PAJIMOLA Case No. 2:18-cr-00010-TLN-04 Charge 21 USC § 841(a)(1), 843(b) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 25,000 (co-signed by Erika Galvin)

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X (Other): Pretrial Release Conditions as stated on the record in open court.

Issued at Sacramento, California on February 16, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman