UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 28, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> REGIE PAJIMOLA, ) <br> ) <br> Defendant. ) | Case No. 2:18-CR-00010-TLN-4 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>REGGIE PAJIMOLS</u>, Case No. <u>2:18-CR-00010-TLN-4</u>, Charge <u>Pretrial Release Violation</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)      <u>Defendant to be released at 9:00 am to 5/29/2019</u> <u>Pretrial Services. All previously imposed conditions, including modifications,</u> <u>of Pretrial Release remain in full force and effect.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 28, 2019</u> at <u>2:35</u> pm..

By _____
Deborah Barnes
United States Magistrate Judge