1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD PAJIMOLA,<br><br>Defendant. | CASE NO. 2:18-CR-00010-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 14, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on November 14, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until January 9, 2020, at 9:30 a.m., and to exclude time between November 14, 2019, and January 9, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

   b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise

| | |
|---|---|
| 1 | prepare for trial in this matter. |
| 2 |     c)    Counsel for defendant believes that failure to grant the above- |
| 3 | requested continuance would deny her the reasonable time necessary for effective |
| 4 | preparation, taking into account the exercise of due diligence. |
| 5 |     d)    The government does not object to the continuance. |
| 6 |     e)    Based on the above-stated findings, the ends of justice served by |
| 7 | continuing the case as requested outweigh the interest of the public and the |
| 8 | defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 9 |     f)    For the purpose of computing time under the Speedy Trial Act, 18 |
| 10 | U.S.C. § 3161, et seq., within which trial must commence, the time period of |
| 11 | November 14, 2019, to January 9, 2020, inclusive, is deemed excludable pursuant to |
| 12 | 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a |
| 13 | continuance granted by the Court at defendant's request on the basis of the Court's |
| 14 | finding that the ends of justice served by taking such action outweigh the best |
| 15 | interest of the public and the defendant in a speedy trial. |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: November 12, 2019

/s/ CANDICE FIELDS
CANDICE FIELDS
(as authorized on November 12, 2019)
Counsel for Defendant
Reginald Pajimola

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of November, 2019.

Troy L. Nunley
United States District Judge