PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGGIE PAJIMOLA,<br><br>　　　　Defendant. | 2:18-CR-00010-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on March 19, 2021, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Reggie Pajimola in the following property:

　　　　a.　　$11,186.00 of the Approximately $16,186.00 in U.S. Currency.

AND WHEREAS, on March 23, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Reggie Pajimola.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshal Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 24th day of May, 2021.

_____
Troy L. Nunley
United States District Judge